. STATE *vs.* JOHN O'GRADY.

Opinion filed December 6th, 1897.

Appeal from District Court, Barnes County; *Glaspell,* J.

John O'Grady was found guilty of contempt, and sentenced to imprisonment in the county jail for ninety days, and to pay a fine of two hundred dollars, and that he be imprisoned in said county jail until the fine is paid in addition to the ninety days imprisonment and beginning at the expiration thereof, nor exceeding however, one hundred days additional. He appealed.

Affirmed.

*M. Conklin, M. E. Remmen,* and *W. H. Barnett,* for appellant.
*Edward Winterer, States Atty.,* for respondent.

PER CURIAM. This defendant was found guilty of a contempt of court as an agent or servant of McNulty, the defendant in the case of *State* v. *McNulty,* 7 N. D. 169, 73 N. W. Rep. 87. That case must rule this. It is urged that the evidence fails to show that O'Grady took part in the proceedings which resulted in retaking the property from the officer, and destroying the same, or that he knew that any injunction had issued, or that said property had been seized. We need only say that, after a careful perusal of the evidence, we are satisfied with the finding of the trial court on these points.

Affirmed.